

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. WORLDWIDE CONNECT LLC (1), Defendant. | Case No. 16CR2546-BEN<br><br>ORDER GRANTING MOTION TO DISMISS AND JUDGMENT OF DISMISSAL |
|---|---|

The Court hereby grants the motion of the United States to dismiss the charges in the Indictment and Superseding Indictment against Defendant (1) Worldwide Connect LLC only without prejudice.

DATED: 12/21, 2018

HON. ROGER T. BENITEZ
United States District Judge